DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD F. HUSSEY, P.A.,**
Appellant,

v.

**DAVID STEPHEN REIDY,** et al.,
Appellee.

No. 4D21-1350

[November 23, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda A. Alley, Judge; L.T. Case No. FMCE14-006256 (38) (90).

Richard F. Hussey of Richard F. Hussey, P.A., Fort Lauderdale, for appellant.

Natalie P. Mescolotto and Carla Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***